(129 So. 705)

### ADAMS v. STATE.
### 8 Div. 62.

Court of Appeals of Alabama.
June 24, 1930.

Rehearing Denied Aug. 19, 1930.

Charlie C. McCall. Atty. Gen., for the State.

SAMFORD, J.

The sole written charge requested by defendant and refused by the court ignores the doctrine of freedom from fault and retreat. The charge was properly refused.

No other questions of merit are presented in the bill of exceptions.

The record being free from error, the judgment is affirmed.

Affirmed.